# United States Court of Appeals
## For the Eighth Circuit

———————————————

No. 12-3830

———————————————

United States of America

*Appellee*

v.

Jessie Andrews

*Appellant*

——————————

Appeal from United States District Court
for the Western District of Missouri

——————————

Submitted: April 8, 2013
Filed: April 16, 2013
[Unpublished]

——————————

Before BYE, ARNOLD, and BENTON, Circuit Judges.

——————————

PER CURIAM.

Jessie Andrews appeals the order of the district court[1] denying his motion for a sentence reduction under 18 U.S.C. § 3582(c)(2). Mr. Andrews maintains that he

—————————

[1]The Honorable Nanette Laughrey, United States District Judge for the Western District of Missouri.

is eligible for a sentence reduction based on an amendment to application note 1 to U.S.S.G. § 1B1.10.  *See* U.S.S.G. § 1B1.10 comment. (n.1(A)) (2011); U.S.S.G. app. C, amend. 759.  Because his argument is foreclosed by our recent holding in *United States v. Golden*, 709 F.3d 1229 (8th Cir. 2012), we affirm.  *See* 8th Cir. R. 47B.

_____